

November 7, 2024

Hon. Judge J. Paul Oetken
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: **PICON v. R.G. BARRY, CORPORATION**
<u>DOCKET NO. 1:24-cv-7459</u>

Dear Judge Oetken:

    The undersigned represents Yelitza Picon, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

    The parties are currently in the process of finalizing settlement conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next thirty (30) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties thirty (30) days to finalize settlement.

    Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy